M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 NOV 21 A 9:48

ADRIAN SANKEY )
Full name and prison name of )
Plaintiff(s) )
 )
 )
v. )    CIVIL ACTION NO. 2:07CV1029-WKW
 )    (To be supplied by Clerk of U.S. District
MAYOR Bobby Bright )    Court)
WARDEN COLLINS )
DR. MENDEZ )
NURSE DAVIS )
CITY of Montgomery )
_____ )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff (s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Montgomery City Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Montgomery City Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Mayor Bright | Montgomery City Jail |
| 2. | _____ | 320 N. Ripley Mont, Al 36104 |
| 3. | Dr. Menotte | 320 N. Ripley Mont, Al 36104 |
| 4. | Nurse Davis | 320 N. Ripley Mont, Al 36104 |
| 5. | City of Montgomery | Montgomery City Jail |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Oct 15th of 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Denial of Medical Health Care.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I entered the Montgomery City Jail with a hernia, I was under my Doctors care for said Hernia. _____ stated my condition would remain stable until it became painful and at such time it would [require surgery]. [As I _____ on the concrete] floor, the pain became unbearable. (Continue on Extra page)

GROUND TWO: _____

SUPPORTING FACTS: Due to the massive overcrowding at Montgomery ___ _____ are forced to sleep on the floor. The inmates stay on 24 hr lock down, never being allowed outside the cell for any exercise, for the gym is currently being used as a dorm. ___ inmates are forced to sleep ___ ___ ___ ___ ___ no [room between us]. (Continue on Extra page)

GROUND THREE: _____

SUPPORTING FACTS: _____

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like get medical help. I would to see those conditions at the jail improve.

*Adrian Sankey*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-20-07
               (Date)

*Adrian Sankey*
Signature of plaintiff(s)

# Supporting Facts

Continued Supporting Facts for Ground one:

On Oct. 11th of 2007 I was seen by a Dr. Manies which stated I was fine and did not need surgery. Three days later the city would not pay for my surgery and I still have much pain, no pain pills. I still a week later have not seen any one to discuss the record.

I was over 600 mg Ibeuprofin for pain, which gave for 8 to 10 days and since which they have been forced to sleep on the floor I remain in much pain. I am in need of medical care.

Continued Supporting Facts for Ground two:

The gym has only one toilet and no showers for over 60 inmates. Staff infection is currently a problem due to the conditions at the jail. The cells are given only cold water and are issued no cleaning supplies.

ADRIAN SANKEY
Po Box 159
Montgomery, Al 36101

INMATE MAIL
MONTGOMERY CITY JAIL

Office of the Clerk
Po Box 711
Montgomery, Al
36101

