In The District Court Of The United States
For The Middle District Of Alabama
Northern Division

2008 JAN -2 A 10:00
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Adrian Sankey
  vs
Bobby Bright

Civil Action No: 2:07-CV-1029-WKW

## Notice Of Change Of Address

Plaintiff: Adrian Sankey, comes now in said Notice Of Change Of Address To Give Notice To The Honorable Court And Defendant Of Such Change:

The Plaintiff Current Address Is As Such:

Adrian Sankey
135 Mildred St.
Montgomery, AL
36104

_/s/ Adrian Sankey_
Plaintiff

Adrian Sankey
Booking #21991 M.C.D.F
P.O. Box 4599
Montgomery, AL 36103


MONTGOMERY AL 361
28 DEC 2007 PM
USA 41

INMATE MAIL

OFFICE OF THE
United States Dist
P.O. Box 711
Montgomery, AL 3

36101+0711