# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ADRIAN SANKEY, ) | Case No.: 2:07cv1029-WKW |
| Plaintiff, ) | **ANSWER** |
| vs. ) | |
| BOBBY BRIGHT, et al., ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

**COME NOW** the Defendants, Mayor Bobby Bright, Warden Collins, Dr. Mendez, Nurse Davis, and City of Montgomery, through undersigned counsel and, in accordance with this Court's Order of November 27, 2007, submit the following Answer to Plaintiff's Complaint.

## GROUND ONE

1. Defendants deny the material allegations set forth in Ground One of the Complaint and demand strict proof thereof.

## GROUND TWO

2. Defendants deny the material allegations contained in Ground Two of Plaintiff's Complaint and demand strict proof thereof.

3. Defendants deny the remaining material allegations contained in the Complaint and demand strict proof thereof.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendants plead the general issue.

1

## SECOND AFFIRMATIVE DEFENSE

Defendants aver that they are entitled to qualified immunity.

## THIRD AFFIRMATIVE DEFENSE

Defendants aver that they are entitled to discretionary function immunity on any state law claims which may have been pleaded.

## FOURTH AFFIRMATIVE DEFENSE

Defendants aver that the claims made by Plaintiff are completely without merit and should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e) (2) (B) (i).

## RESERVATION OF DEFENSES

The Defendants reserve the right to plead additional defenses as they become known in the course of discovery, as may be allowed by the Court.

## JURY DEMAND

**Defendants demand a trial by struck jury on all issues so triable.**

Respectfully submitted this the 4th day of January, 2008.

    /s/ Wallace D. Mills_____
Wallace D. Mills (MIL 090),
Assistant City Attorney

**OF COUNSEL:**
City of Montgomery Attorneys Office
103 N. Perry St.
Montgomery, AL 36104
334.241.2050
FAX 334.241.2310

**CERTIFICATE OF SERVICE**

     I hereby certify that I have mailed a copy of the above and foregoing Answer to the following by electronic mail or placing a copy of same in the United States Mail, postage, prepaid, this 4th day of January, 2008:

Adrian Sankey
135 Mildred Street
Montgomery, AL 36104

                                              __/s/ Wallace D. Mills_____
                                              Of Counsel