IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADRIAN SANKEY, | ) Case No.: 2:07cv1029-WKW |
| Plaintiff, | ) **Conflict Disclosure Statement** |
| vs. | ) |
| BOBBY BRIGHT, et al., | ) |
| Defendants. | ) |

  COMES NOW, Vernice A. Davis, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

02/15/08      /s/Wallace D. Mills
Date        Counsel for
          Nurse Davis
          City of Montgomery Legal Department
          103 N. Perry St.
          Montgomery, Al 36101
          334-241-2050

**CERTIFICATE OF SERVICE**

      I hereby certify that I have mailed a copy of the above and foregoing Conflict Disclosure Statement to the following by electronic mail or placing a copy of same in the United States Mail, postage, prepaid, this 15$^h$ day of February, 2008:

Adrian Sankey
135 Mildred Street
Montgomery, AL 36104

                                            /s/ Wallace D. Mills